No. 78–6641. OLGUIN *v.* ROMERO, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 78–6644. CANCILLA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–6647. WITTEBORT *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 78–6651. WEST *v.* NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 78–6652. EBENHART *v.* HELLER ET AL. C. A. 2d Cir. Certiorari denied.

No. 78–6653. SISBARRO *v.* WARDEN, MASSACHUSETTS STATE PENITENTIARY. C. A. 1st Cir. Certiorari denied.

No. 78–6654. OWENS *v.* MISSOURI. Ct. App. Mo., St. Louis Dist. Certiorari denied.

No. 78–6655. WALDEN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–6656. DARROW *v.* GUNN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 78–6660. CAMERON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–6661. McCLENDON *v.* BRIGGS ET AL. C. A. 6th Cir. Certiorari denied.

No. 78–6662. CLOUDY *v.* NEIER ET AL. C. A. 2d Cir. Certiorari denied.

No. 78–6663. DAVIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.